UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>CVAH, INC.,<br>            Debtor.<br><br>NOAH G. HILLEN, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of the above-reference Debtor,<br><br>    Plaintiff,<br><br>          v.<br><br>TARGET MOTORS, INC., a/b/n LARRY MILLER SUBARU, an Idaho corporation; and Does 1-5,<br><br>    Defendants. | Case No. 1:15-cv-359-BLW<br><br>**ORDER OF DISMISSAL** |

Based upon a Motion to Dismiss filed by the plaintiff in this matter, the bankruptcy court previously entered an Order Dismissing Adversary Proceeding. *See* Dkt. 31 in Case No. 15-6014-JDP. This proceeding, likewise, should be dismissed. Accordingly,

IT IS ORDERED THAT the above-captioned adversary proceeding is dismissed with prejudice as to all defendants and claims for relief, with each party to bear its own fees and costs related to the dismissed claims.

**DISMISSAL ORDER - 1**



DATED: November 30, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court